IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:08CR366-HEH |
| | ) |
| OSCAR RENE ESPINOZA-CERDA, | ) |
| | ) |
| Defendant. | ) |

## ORDER
**(Adopting the Report and Recommendation of the United States Magistrate Judge)**

THIS MATTER is before the Court on a Report and Recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable M. Hannah Lauck, United States Magistrate Judge ("Magistrate Judge"), on November 6, 2008. Having reviewed the R&R in this case and there being no objections, this Court HEREBY ACCEPTS and ADOPTS the R&R. In accordance with the R&R, the Court HEREBY ACCEPTS the Defendant's guilty plea made pursuant to Fed. R. Crim. Pro. 11.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                  /s/
                                        Henry E. Hudson
                                        United States District Judge

Date: Nov. 24, 2008
Richmond, VA